AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>DESMOND EVANS<br><br>*Defendant* | ) Case: 1:23-cr-00292<br>) Assigned To : Kollar-Kotelly, Colleen<br>) Assign. Date : 8/25/2023<br>) Description: INDICTMENT (B)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **DESMOND EVANS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1201(a)(1) and 2 - Kidnapping and Aiding and Abetting;
Count 2: 18 U.S.C. §§ 1201(a)(1) and 2 - Kidnapping and Aiding and Abetting; and
Count 3: 18 U.S.C. §§ 2119(1) and 2 - Carjacking and Aiding and Abetting.

Date: 08/25/2023

Digitally signed by G. Michael Harvey
Date: 2023.08.25 15:56:55 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 8/31/23, and the person was arrested on *(date)* 8/31/23
at *(city and state)* Washington DC.

Date: 8/31/23

*Arresting officer's signature*

ERIC MONTGOMERY, Special Agent
*Printed name and title*