# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.

DESMOND EVANS, *et al.*,

     Defendants.

Criminal Action No. 23-292 (CKK)

## SECOND AMENDED PRETRIAL SCHEDULING ORDER
(June 4, 2025)

Upon consideration of the parties' [143] Joint Motion to Adopt Proposed Amended Pretrial Scheduling Order, it is hereby **ORDERED** that the Motion is **GRANTED** and the [133] Amended Pretrial Scheduling Order is further **AMENDED** as follows:

|  | *Deadlines* |
|---|---|
| Discovery & Associated Deadlines | |
| Government to complete any final discovery under present indictment | August 4, 2025 |
| Discovery motions (Fed. R. Crim. P. 16) | September 4, 2025 |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | October 9, 2025 |
| Defendants' expert notice (FRE 701 & 702) | November 9, 2025 |
| Rebuttal expert notices | December 4, 2025 |
| Government's FRE 404(b) notice | September 11, 2025 |
| Defendants' response to FRE 404(b) notice | September 24, 2025 |
| *Brady* notice | N/A |
| | |
| Experts | |
| Expert reports (FRE 702) | October 24, 2025 |
| Lay witness identification and subject matter (FRE 701) | October 24, 2025 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendants' non-evidentiary pretrial motions, such as motions challenging the indictment | September 8, 2025 |
|     Government's response to Defendants' non-evidentiary motions | September 22, 2025 |
|     Defendants' reply as to non-evidentiary motions | September 29, 2025 |
| Government's non-evidentiary pretrial motions | September 8, 2025 |
|     Defendants' response to Government's non-evidentiary motions | September 22, 2025 |
|     Government's reply as to non-evidentiary motions | September 29, 2025 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendants' evidentiary pretrial motions, | |
| such as motions to suppress evidence, or *Daubert* | November 10, 2025 |
| Government's response to Defendants' evidentiary motions | November 24, 2025 |
| Defendants' reply as to evidentiary motions | December 1, 2025 |
| Government's evidentiary pretrial motions, | |
| such as *Daubert* and other crimes (404(b)) | November 10, 2025 |
| Defendants' response to Government's evidentiary motions | November 24, 2025 |
| Government's reply as to evidentiary motions | December 1, 2025 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | November 10, 2025 |
| Responses to motions *in limine* | November 24, 2025 |
| Replies as to motions *in limine* | December 1, 2025 |
| | |
| Joint notice of stipulations | December 19, 2025 |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | November 21, 2025 |
| | |
| *Voir Dire* and Jury Instructions | December 19, 2025 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | December 19, 2025 |
| Defendants' witness list, exhibit list and exhibits | December 19, 2025 |

Hearings

| | |
|---|---|
| Status Hearing | July 15, 2025 |
| Pretrial Conference | TBD |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Defendants are joined for trial as follows:

**Group 1:** Desmond Evans (1), Ramel Henderson (2), Kevon Jackson (3), Delonte Mundaray (4)
**Group 2:** Malik Terrell (6), Melvin Green (7)

Trial for Group 1 shall begin on **February 23, 2026**, and counsel for defendants in Group 1 shall hold open the period from **February 23, 2026, to March 20, 2026**, for trial.  Trial for Group 2 shall begin on **January 26, 2026**, and counsel for defendants in Group 2 shall hold open the period from **January 26, 2026, to February 20, 2026**, for trial.

**SO ORDERED.**

                /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge